UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIA KAYNE, individually and on
behalf of all others similarly situated

        Plaintiff,

v.                                            Case No:   2:15-cv-571-FtM-38CM

US BANK NATIONAL
ASSOCIATION,

        Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Defendant US Bank National Association's Motion to Dismiss (Doc. #13) filed on November 3, 2015.  Defendant seeks to dismiss this action on the basis that the Court lacks subject matter jurisdiction.  (Doc. #13). Plaintiff agrees and concedes the Court does not have subject matter jurisdiction.  (Doc. #14).  Therefore, the Court finds good cause to dismiss this action without prejudice.

Accordingly, it is now

**ORDERED:**

1. Defendant US Bank National Association's Motion to Dismiss (Doc. #13) is **GRANTED**.

2. This action is dismissed without prejudice.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

3. The Clerk is directed to terminate any pending motions or deadlines, enter judgment accordingly, and close this action.

**DONE** and **ORDERED** in Fort Myers, Florida, this 30th day of November, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record